UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NUMBER: 7:10-CR-53-BO

UNITED STATES OF AMERICA
    vs.                                            ORDER
Vincent Hill
Sherese Williamson


IT IS HEREBY ORDERED that the following Government Exhibit(s) be returned to Guy "Nick" Taylor with the SHP and remain in his custody through the time of sentencing and any proceeding on appeal or review.

Govt's Exhibit(s): # 40 - Big plastic bag
Govt's Exhibit(s): # 41 - Bag of Heroin
Govt's Exhibit(s): # 45 - Marijuana


This 8th day of February, 2011 Exhibit received by:

_Nick Taylor_
Print name

_(signature)_
Sign name


February 8th, 2011                     _(signature)_
                                              TERRENCE W. BOYLE
                                              U. S. DISTRICT JUDGE