UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
CASE NUMBER: 7:10-CR-53-BO

UNITED STATES OF AMERICA
      vs.                              ORDER
Vincent Hill
Sherese Williamson

     IT IS HEREBY ORDERED that the following Government Exhibit(s) be returned to Lt. Bill Kozak with Leland Police Department and remain in his custody through the time of sentencing and any proceeding on appeal or review.

Govt's Exhibit(s): # 11 - Plastic Evidence Bag Containing Heroin
Govt's Exhibit(s): # 14 - Gun
Govt's Exhibit(s): # 15 - Plastic Bag Containing Ammunition Clip


This 8th day of February, 2011 Exhibit received by:

_Lt. Bill Kozak_
Print name

_Lt. W. T. K_____
Sign name


February 8th, 2011                            _Terrence Boyle_
                                              TERRENCE W. BOYLE
                                              U. S. DISTRICT JUDGE