IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:10-CR-53-1BO

| | |
|---|---|
| UNITED STATES OF AMERICA | : |
| | : |
| v. | : |
| | : |
| VINCENT ELOYD HILL | : |

### PRELIMINARY ORDER OF FORFEITURE

WHEREAS, pursuant to the entry of Guilty Verdict and a Forfeiture Verdict by a jury on February 8, 2011, the following property is hereby forfeitable pursuant to 21 U.S.C. § 853, to wit:

**Personal Property:**

a) a 1997 Chevrolet Tahoe K1500, green in color, VIN: 3GNEK18R3VG145410, Title No. 775528082687150, North Carolina License Plate Number YNN8986, registered in the name of Vincent Eloyd Hill,

b) a 2003 Honda Pilot, grey in color, VIN: 2HKYF18693H546674, Connecticut License Plate Number 343XRC, registered in the name of Rahima Hill;

**Currency:**

$162,000.00 in U.S. currency, an amount not currently in the possession of or its whereabouts known to the Government; and

WHEREAS, by virtue of said Guilty Verdict, the United States is now entitled to possession of said property pursuant to 21 U.S.C. § 853;

It is hereby ORDERED, ADJUDGED and DECREED:

1. That based upon the Guilty Verdict as to the defendant, Vincent Eloyd Hill, the United States is hereby authorized to seize the above-stated property, and it is hereby forfeited to the United States for disposition in accordance with the law, subject to the provisions of 21 U.S.C. § 853(n), as allowed by Fed. R. Crim. P. 32.2(b)(3). In accordance with Fed. R. Crim. P. 32.2(b)(3), this Order is now final as to the defendants.

2. That upon sentencing and issuance of the Judgment and Commitment Order, the Clerk of Court is directed to incorporate a reference to this Preliminary Order of Forfeiture in the applicable section of the Judgment, as required by Fed. R. Crim. P. 32.2(b)(3).

3. With respect to the personal property, pursuant to 21 U.S.C. § 853(n), the United States shall publish notice of this Order and of its intent to dispose of the property in such manner as the Attorney General directs, by publishing and sending notice in the same manner as in civil forfeiture cases, as provided in Supplemental Rule G(4). Any person other than the defendant, having or claiming any legal interest in the subject property must file a petition with the Court within 30 days of

the publication of notice or of receipt of actual notice, whichever is earlier.

The petition must be signed by the petitioner under penalty of perjury and shall set forth the nature and extent of the petitioner's right, title, or interest in the subject property, and must include any additional facts supporting the petitioner's claim and the relief sought.

4. That upon adjudication of all third party interests this Court will enter a Final Order of Forfeiture pursuant to 21 U.S.C. § 853, as required by Fed. R. Crim. P. 32.2(c).

5. That upon entry of this Preliminary Order of Forfeiture, the Clerk of Court is directed to enter judgment against that amount of currency forfeited, not in the possession of the Government or its whereabouts known, that is, $162,000.00.

SO ORDERED. This 25 day of March, 2011.

TERRENCE W. BOYLE
United States District Judge

3