IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:10-CR-53-1BO

UNITED STATES OF AMERICA :
:
v. :
:
VINCENT ELOYD HILL :

Pursuant to the Preliminary Order of Forfeiture entered by the Court on March 25, 2011, judgment is hereby entered against defendant, VINCENT ELOYD HILL, in the amount of $162,000.00. Post-judgment interest shall accrue at the rate of 0.26%.

This 30th day of March, 2011.

*[signature]*

DENNIS P. IAVARONE
Clerk
U. S. District Court

N:\BHartley\afcrim.dir\Hill Preliminary Order of Forfeiture as to Special Verdict.wpd